

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, NY 10007

February 4, 2021

**BY ECF**

Hon. Andrew L. Carter, Jr
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _2/5/2021_

Re: *Mongelli v. Comm'r of Soc. Sec.*, No. 20 Civ. 8340 (ALC)

Dear Judge Carter:

This Office represents the Commissioner of Social Security (the "Commissioner"), the defendant in this action brought pursuant to 42 U.S.C. § 405(g), in which the plaintiff appeals the Commissioner's decision to deny her application for Social Security disability benefits.

I respectfully write to request, with the plaintiff's consent, a 60-day extension of time for the Commissioner to file the certified administrative record in this case, from February 8, 2021, to April 9, 2021. The extension is necessary because of delays in preparing the certified administrative record due to temporary workplace changes implemented by the Social Security Administration's Office of Appellate Operations ("OAO") in response to the COVID-19 pandemic. These changes have significantly impacted the operations of OAO and materially affected its ability to prepare certified administrative records and to obtain transcriptions of hearing recordings from private contractors.

The plaintiff consents to this request for an extension, and this is the Commissioner's first request for an extension in this case. I thank the Court for its consideration of this request.

Respectfully,

AUDREY STRAUSS
United States Attorney

 /s/ Amanda F. Parsels
BY:    AMANDA F. PARSELS
       Assistant United States Attorney
       Tel.: (212) 637-2780
       Cell: (646) 596-1952
       Email: amanda.parsels@usdoj.gov

cc:      Charles E. Binder (by ECF)
           *Attorney for Plaintiff*

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

*Dated: February 5, 2021*