

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

April 9, 2021

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  4/12/2021

**BY ECF**

Hon. Andrew L. Carter, Jr
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:  *Mongelli v. Comm'r of Soc. Sec.*, No. 20 Civ. 8340 (ALC)

Dear Judge Carter:

      This Office represents the Commissioner of Social Security (the "Commissioner"), the defendant in this action brought pursuant to 42 U.S.C. § 405(g), in which the plaintiff appeals the Commissioner's decision to deny her application for Social Security disability benefits.

      I respectfully write to request a 60-day extension of time for the Commissioner to file the certified administrative record in this case, from April 9, 2021, to June 8, 2021. The extension is needed because of delays in preparing the certified administrative record due to temporary workplace changes implemented by the Social Security Administration's Office of Appellate Operations ("OAO") in response to the COVID-19 pandemic. Aa described in the enclosed Declaration of Jebby Rasputnis, these changes have significantly impacted the operations of OAO and materially affected its ability to prepare certified administrative records and to obtain transcriptions of hearing recordings from private contractors.

      The plaintiff does not object to this request for an extension, and this is the Commissioner's second request for an extension in this case. The Court previously granted the Commissioner's request for a 60-day extension of time to file the administrative record. (Dkt. No. 9.) I thank the Court for its consideration of this request.

      Respectfully,

      AUDREY STRAUSS
      United States Attorney

       /s/ Amanda F. Parsels
BY:  AMANDA F. PARSELS
      Assistant United States Attorney
      Tel.: (212) 637-2780
      Email: amanda.parsels@usdoj.gov

Page 2

cc:  Charles E. Binder (by ECF)
    *Attorney for Plaintiff*

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
Dated: 4/12/2021