UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SABRINA GEMMA MONGELLI,

                Plaintiff,

vs.

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __June 14, 2021__

Civil Action No.:
1:20-CV-08340-ALC

**ORDER GRANTING EXTENSION**

**Andrew L. Carter, Jr., U.S. District Judge:**

The Court is in receipt of Plaintiff's letter motion requesting an extension of time to file his motion for judgment on the pleadings. ECF No. 13. Defendant consented to the request. *Id.* Upon review of the submission, the request is hereby GRANTED. Plaintiff's motion for judgment on the pleadings is due no later than **July 19, 2021** and all subsequent deadlines are also extended by thirty (30) days.

      **SO ORDERED.**

Dated: June 14, 2021
       New York, New York

                                    **The Hon. Andrew L. Carter, Jr.**
                                        **U.S. District Judge**