UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sabrina Mongelli,<br><br>       Plaintiff,<br><br>-against-<br><br>Commissioner of Social Security,<br><br>       Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 3/31/2022<br><br>1:20-cv-8340 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  Plaintiff's motion for judgment on the pleadings under Rule 12(c) of the Federal Rules of Civil Procedure is **DENIED**. Defendant's cross-motion is **GRANTED.** Opinion to follow. The Clerk of Court is directed to terminate the motions at ECF Nos. 15 and 23.

**Dated:**  3/31/2022
      New York, New York

                _____
                **ANDREW L. CARTER, JR.**
                **United States District Judge**