**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SABRINA GEMMA MONGELLI,

                Plaintiff,                20 **CIVIL** 8340 (ALC)

      -v-                                      **<u>JUDGMENT</u>**

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,
                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion and Order dated April 12, 2022, Plaintiff's motion is GRANTED, and Defendant's motion is DENIED. This case is hereby remanded for further proceedings.

**Dated:**  New York, New York
         April 12, 2022

                                                            **RUBY J. KRAJICK**

                                                            **Clerk of Court**
                   **BY:**     *K. Mango*
                                                            **Deputy Clerk**